

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2016

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 28, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

